ARDEN FARMS CO. ET AL. *v.* STATE DEPART-
MENT OF AGRICULTURE ET AL.

No. 1004.  Decided March 20, 1967.

*James C. Dezendorf* for appellants.

*Robert Y. Thornton,* Attorney General of Oregon, and
*Harold E. Burke* and *Don Parker,* Assistant Attorneys
General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN and MR.
JUSTICE WHITE are of the opinion that probable juris-
diction should be noted and the case set for oral argument.